```
NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
LUCY B. JENNINGS (Cal. Bar No. 301977)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5487
     Facsimile: (213) 894-0141
     E-mail:    lucy.jennings@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA
```



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE: SEARCH WARRANTS, ARREST WARRANTS, AND COMPLAINT | No. 19 MJ03900 <br><br> [~~PROPOSED~~] ORDER SEALING DOCUMENTS <br><br> **(UNDER SEAL)** |
|---|---|

For good cause shown, IT IS HEREBY ORDERED that the complaint, arrest warrants, search warrants, and all attachments thereto, the applications for the search warrants and all attachments thereto, as well as the ex parte application for order sealing documents, the memorandum of points and authorities, the declaration of Assistant United States Attorney Lucy B. Jennings, and this Court's sealing order, and all documents subsequently filed under this same case number until such time as a unsealing order is issued, shall be kept under seal until further order of the Court, or until the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, at which time they may be produced to defense counsel. The executing agents or

officers are permitted to provide copies of the search warrants as required by Federal Rule of Criminal Procedure 41(f).

___9/17/19___  _____/s/ Patrick J. Walsh_____
DATE                HONORABLE PATRICK J. WALSH
                    UNITED STATES MAGISTRATE JUDGE

IN CASE OF DENIAL:

The government's application for an order sealing documents is DENIED. The underlying documents and the sealing application shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

IT IS SO ORDERED.

_____    _____
DATE                      HONORABLE PATRICK J. WALSH
                          UNITED STATES MAGISTRATE JUDGE

Presented by:

    /s/
_____
LUCY B. JENNINGS
Assistant United States Attorney