NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
LUCY B. JENNINGS (Cal. Bar No. 301977)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5487
    Facsimile: (213) 894-0141
    E-mail:   lucy.jennings@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ALFREDO RODRIQUEZ,<br>DOMINIQUE NICHOLSON,<br>DARNEL REYNOLDS, and<br>WILLIE RILEY,<br><br>        Defendants. | No. 19-MJ-3897-DUTY<br><br>**EX PARTE APPLICATION TO UNSEAL DOCKET** |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and Assistant United States Attorney, Lucy B. Jennings, hereby files this *ex parte* application to unseal the docket in the above-referenced case and the following arrest warrants, search warrants, and warrant applications: Nos. 19-MJ-3897-DUTY, 19-MJ-3898-DUTY, 19-MJ-3899-DUTY, 19-MJ-3900-DUTY, and 19-MJ-3901-DUTY.

Defendant NICHOLSON, REYNOLDS, and RILEY had initial appearances before a judicial officer of the Court, pursuant to a criminal complaint, on September 19, 2019.  Defendant RODRIQUEZ had his initial appearance before a judicial officer of the Court, pursuant to a criminal complaint, on September 25, 2019.  The search warrants identified above were executed on September 19, 2019.  Because defendants made their initial appearances and the search warrants have been executed, the government moves to unseal the docket in this matter and the related search warrants and warrant applications.

Dated: October 2, 2019            Respectfully submitted,

                                  NICOLA T. HANNA
                                  United States Attorney

                                  BRANDON D. FOX
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                    /s/
                                  _____
                                  LUCY B. JENNINGS
                                  Assistant United States Attorneys

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA