FILED
CLERK, U.S. DISTRICT COURT
OCT - 2 2019
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
LUCY B. JENNINGS (Cal. Bar No. 301977)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5487
    Facsimile: (213) 894-0141
    E-mail:   lucy.jennings@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-MJ-3897-DUTY |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER UNSEALING DOCKET AND RELATED SEARCH WARRANTS |
| ALFREDO RODRIQUEZ, DOMINIQUE NICHOLSON, DARNEL REYNOLDS, and WILLIE RILEY, | |
| Defendants. | |

    The Court has read and considered the government's _ex parte_ application to unseal the docket in the above-referenced case as well as related search warrants and warrant applications.

    The Court HEREBY ORDERS that the docket in the above-referenced case shall be unsealed.

//
//
//
//

The Court FURTHER ORDERS that the following search warrants and warrant applications shall be unsealed: 19-MJ-3897-DUTY, 19-MJ-3898-DUTY, 19-MJ-3899-DUTY, 19-MJ-3900-DUTY, 19-MJ-3901-DUTY shall be unsealed.

IT IS SO ORDERED.

Oct. 2, 2019
DATE

MARIA A. AUDERO

HONORABLE ~~PATRICK J. WALSH~~
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/
LUCY B. JENNINGS
Assistant United States Attorney

2